IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHANNON COOK, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:18-cv-00007-O |
| UNITED RECEIVABLES GROUP, | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Court has entered its Order granting Plaintiff's Motion for Default Judgment (ECF No. 11). Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff recover from Defendant:

1. $7,955.70 in medical expenses;

2. $50,000 in mental anguish damages;

3. $1,000 in statutory damages; and

4. $4,300 in attorneys fees.

**SO ORDERED** on this **11th day** of **June, 2018**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE